UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


**CHARMAINE SAUNDERS**, an Individual;
*Plaintiff,*


v.

Case No.: **8:25-CV-00985-KKM-NHA**


**NEIGHBORHOOD RESTAURANT PARTNERS, LLC d/b/a APPLEBEE'S, in its corporate capacity; AMBER BERGEN, in her individual capacity and as an employee/agent of Neighborhood Restaurant Partners, LLC; LINDSAY MEADOWS, in her individual capacity and as an employee/agent of Neighborhood Restaurant Partners, LLC; JOHN DOE (third Applebee's employee), in his individual capacity and as an employee/agent of Neighborhood Restaurant Partners, LLC; JEREMY SMITH, in his individual capacity; FORREST ANDREWS, in his individual capacity and as an attorney acting under color of law through Lydecker LLP; LYDECKER LLP, in its corporate capacity; DANIELLA ESCOBIO, in her individual capacity and as a former attorney with Lydecker LLP and Hamilton, Miller & Birthisel; FLORIDA DEPARTMENT OF LAW ENFORCEMENT, in its official capacity; FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES, in its official capacity; CITY OF LAKELAND, in its official capacity; ATTORNEY JASON MURPHY, in his individual capacity and as legal counsel for Neighborhood Restaurant Partners, LLC;**

1

**Defendants. DETECTIVE CHRISTINA STEWART, in her individual and official capacities as an employee of the Lakeland Police Department;**
*Defendants.*

_____/

## MOTION TO WAIVE SERVICE OF PROCESS FEES

**COMES NOW** Plaintiff, Dr. Charmaine Saunders, proceeding pro se, and respectfully moves this Honorable Court for an Order waiving all service of process fees in this case. In support of this Motion, Plaintiff states as follows:

1. Plaintiff has filed a Complaint initiating this action against the above-named Defendants.

2. Plaintiff previously filed a Motion to Proceed *In Forma Pauperis* with her original Complaint, along with the required financial affidavit. Plaintiff does not reattach the Motion here but incorporates it by reference for purposes of this request.

3. Pursuant to **28 U.S.C. § 1915(c)**, "[t]he officers of the court shall issue and serve all processes, and perform all duties in [in forma pauperis] cases." Service may be effectuated by the U.S. Marshals Service without prepayment of fees.

2

4.  Plaintiff's financial affidavit demonstrates that she is indigent and qualifies for relief under 28 U.S.C. § 1915.

5.  To avoid undue hardship and to effectuate proper service upon all named Defendants, Plaintiff respectfully requests that this Court waive the service of process fees and direct that service be performed by the United States Marshals Service at no cost to Plaintiff.

**WHEREFORE**, Plaintiff Dr. Charmaine Saunders respectfully requests that this Court enter an Order granting this Motion to Waive Service of Process Fees, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Dated**: April 28th, 2025

*/s/Charmaine Saunders*

Dr. Charmaine Saunders Pro Se Litigant
P.O. Box 4662
Plant City, FL 33563
charmainesaunders89@gmail.com
(863)738-7920

## CERTIFICATE OF SERVICE

I **CHARMAINE SAUNDERS HEREBY CERTIFY** that on this 28th day of

April 2025, I electronically filed the foregoing Motion To Waive Service of

Process Fees with the Clerk of the Court using the CM/ECF system. At this time,

no service has been made upon the Defendants, as the Court has not yet authorized

service of process under 28 U.S.C. § 1915 and Federal Rule of Civil Procedure

4(c)(3).

Respectfully submitted,

**Dated:** April 28th, 2025

*/s/Charmaine Saunders*

Dr. Charmaine Saunders Pro Se Litigant
P.O. Box 4662
Plant City, FL 33563
charmainesaunders89@gmail.com
(863)738-7920